# United States Court of Appeals

## For the First Circuit

No. 03-1575

STEFAN ANTONOV MIHAYLOV; and LUDMILA GEORGEVA NAYDENOVA,

Petitioners,

v.

JOHN ASHCROFT, ATTORNEY GENERAL,

Respondent.

ERRATA

The opinion of this court issued August 17, 2004 should be amended as follows:

On page 16, line 16, "a finding of past persecution" should be amended to read "a finding of no past persecution"